UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RADIO MUSIC LICENSE COMMITTEE, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, <br><br> Defendant(s). | 23-CV-7228 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

Due to unforeseen circumstances, the initial pretrial conference scheduled for February 1, 2024, at 10:30 a.m. (E.T.) is hereby rescheduled to **February 8, 2024, at 12:30 p.m. (E.T.)**. The parties shall dial 646-453-4442, enter the meeting code 98803490, and press pound (#).

SO ORDERED.

Dated: January 26, 2024
New York, New York

DALE E. HO
United States District Judge