UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Radio Music License Committee, Inc., <br><br>                            Petitioner,<br><br>                v.<br><br>American Society of Composers, Authors And Publishers,<br><br>                            Respondent. | 23-CV-7228 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

      On January 27, 2025, this Court instructed the parties to appear for a case management conference following the close of discovery on August 18, 2025, at 10:30 A.M. ET. *See* ECF No. 37. The Court also ordered the parties to file a joint status letter no later than August 11, 2025. *See id.* As of August 14, 2025, the parties have not filed any joint status letter. Therefore, the parties are **ORDERED** to submit the joint status letter no later than **August 15, 2025**. The parties are reminded that failure to comply with court orders may result in sanctions.

SO ORDERED.

Dated: August 14, 2025
       New York, New York

                                                    DALE E. HO
                                              United States District Judge